1  QUIN DENVIR, Bar #49374
   Federal Defender
2  MARY M. FRENCH, Bar #126643
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

6  Attorney for Defendant
   JORGE LUNA-SANCHEZ

9              IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

12 UNITED STATES OF AMERICA,    )  No. CR-S-04-405 WBS
                                )
13              Plaintiff,      )  STIPULATION AND [PROPOSED] ORDER
                                )  CONTINUING STATUS CONFERENCE
14         v.                   )
                                )
15 JORGE LUNA-SANCHEZ,          )  Date:  September 7, 2005
                                )  Time:  9:00 a.m.
16              Defendant.      )  Judge: William B. Shubb
   _____)

18      It is hereby stipulated between the parties, Mary M. French,
19 Attorney for the defendant, and Jason Hitt, Assistant United States
20 Attorney, attorney for the Plaintiff, that the status conference of
21 July 27, 2005 be vacated and a new status conference be set for
22 September 7, 2005 at 9:00 a.m.
23      This continuance is requested because defense counsel is still
24 waiting for the INS to act on Mr. Luna-Sanchez's application for
25 citizenship.  Additionally, defense counsel will be out of the office
26 on leave during the month of August.
27      The period from July 27, 2005 through and including September 7,
28 2005 should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and

1  Local Code T4 based upon continuity of counsel and defense preparation.
2  Dated: July 22, 2005
3                                          Respectfully submitted,
4                                          QUIN DENVIR
                                           Federal Defender
5
                                           /s/ Mary M. French
6                                          _____
                                           MARY M. FRENCH
7                                          Assistant Federal Defender
                                           Attorney for Defendant
8                                          JORGE LUNA-SANCHEZ
9
10 Dated: July 22 2005                     MCGREGOR W. SCOTT
                                           United States Attorney
11
12                                         /s/ Mary M. French for
13                                         _____
                                           JASON HITT
                                           Assistant U.S. Attorney
14                                         per telephonic authorization
15
16                                  **ORDER**
17 **IT IS SO ORDERED.**
18 Dated: July 25, 2005
19
20                                  _____
                                    WILLIAM B. SHUBB
21                                  UNITED STATES DISTRICT JUDGE
22
23
24
25
26
27
28

Stipulation & Order/Luna-Sanchez           2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation & Order/Luna-Sanchez         3