1  QUIN DENVIR, Bar #49374
   Federal Defender
2  MARY M. FRENCH, Bar #126643
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorney for Defendant
   JORGE LUNA-SANCHEZ
7

8

9                 IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 UNITED STATES OF AMERICA,       ) No. CR-S-04-405 WBS
                                   )
13              Plaintiff,         ) STIPULATION AND [PROPOSED] ORDER
                                   ) CONTINUING STATUS CONFERENCE
14       v.                        )
                                   )
15 JORGE LUNA-SANCHEZ,             ) Date: October 5, 2005
                                   ) Time: 9:00 a.m.
16              Defendant.         ) Judge: William B. Shubb
   _____ )
17

18      It is hereby stipulated between the parties, Mary M. French,

19 Attorney for the defendant, and Michael Beckwith, Assistant United

20 States Attorney, attorney for the Plaintiff, that the status conference

21 of September 7, 2005 be vacated and a new status conference be set for

22 October 5, 2005 at 9:00 a.m.

23      This continuance is requested because defense counsel is still

24 waiting for the INS to act on Mr. Luna-Sanchez's application for

25 citizenship.

26      The period from September 7, 2005 through and including October 5,

27 2005 should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and

28 / / /

1  Local Code T4 based upon continuity of counsel and defense preparation.

2  Dated: September 6, 2005

3                                          Respectfully submitted,

4                                          QUIN DENVIR
                                           Federal Defender

5                                          /s/ Mary M. French

6                                          _____
                                           MARY M. FRENCH
7                                          Assistant Federal Defender
                                           Attorney for Defendant
8                                          JORGE LUNA-SANCHEZ

10 Dated: September 6, 2005                MCGREGOR W. SCOTT
                                           United States Attorney

12                                         /s/ Mary M. French for

13                                         _____
                                           MICHAEL BECKWITH
                                           Assistant U.S. Attorney
14                                         per telephonic authorization

16                                **ORDER**

17 **IT IS SO ORDERED.**

18 Dated: September 6, 2005

                                           _____
                                           WILLIAM B. SHUBB
                                           UNITED STATES DISTRICT JUDGE

Stipulation & Order/Luna-Sanchez            2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28