1  QUIN DENVIR, Bar #49374
   Federal Defender
2  MARY M. FRENCH, Bar #126643
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
6  Attorney for Defendant
   JORGE LUNA-SANCHEZ
7
8
9                IN THE UNITED STATES DISTRICT COURT
10              FOR THE EASTERN DISTRICT OF CALIFORNIA
11
12 UNITED STATES OF AMERICA,      ) No. CR-S-04-405 WBS
                                  )
13              Plaintiff,        ) STIPULATION AND [PROPOSED] ORDER
                                  ) CONTINUING STATUS CONFERENCE
14      v.                        )
                                  )
15 JORGE LUNA-SANCHEZ,            ) Date:  November 23, 2005
                                  ) Time:  9:00 a.m.
16              Defendant.        ) Judge: William B. Shubb
   _____)
17

18      It is hereby stipulated between the parties, Mary M. French,
19 Attorney for the defendant, and Michael Beckwith, Assistant United
20 States Attorney, attorney for the Plaintiff, that the status conference
21 of October 5, 2005 be vacated and a new status conference be set for
22 November 23, 2005 at 9:00 a.m.
23      This continuance is requested because Mr. Luna-Sanchez is filing
24 an appeal of the INS decision denying his application for citizenship
25 and the parties agree that the criminal case should not go forward
26 until the appeal is resolved.  It is expected that the appeal will take
27 a minimum of several weeks.
28      The period from October 5, 2005 through and including November 23,

2005 should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: October 4, 2005

                    Respectfully submitted,

                    QUIN DENVIR
                    Federal Defender

                    /s/ Mary M. French
                    _____
                    MARY M. FRENCH
                    Assistant Federal Defender
                    Attorney for Defendant
                    JORGE LUNA-SANCHEZ

Dated: October 4, 2005        MCGREGOR W. SCOTT
                    United States Attorney

                    /s/ Mary M. French for
                    _____
                    MICHAEL BECKWITH
                    Assistant U.S. Attorney
                    per telephonic authorization

**ORDER**

**IT IS SO ORDERED.**

Dated: October 4, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation & Order/Luna-Sanchez                3