```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2  MARY M. FRENCH, Bar #126643
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
 6  Attorney for Defendant
    JORGE LUNA-SANCHEZ
 7
 8
 9                 IN THE UNITED STATES DISTRICT COURT
10                FOR THE EASTERN DISTRICT OF CALIFORNIA
11
12  UNITED STATES OF AMERICA,    ) No. CR-S-04-405 WBS
                                 )
13             Plaintiff,        ) STIPULATION AND [PROPOSED] ORDER
                                 ) CONTINUING STATUS CONFERENCE
14       v.                      )
                                 )
15  JORGE LUNA-SANCHEZ,          ) Date:  February 23, 2006
                                 ) Time:  2:00 p.m.
16             Defendant.        ) Judge: William B. Shubb
    _____)
17
```

It is hereby stipulated between the parties, Mary M. French, Attorney for the defendant, and Michael Beckwith, Assistant United States Attorney, attorney for the Plaintiff, that the status conference of November 23, 2005 be vacated and a new status conference be set for February 23, 2006 at 2:00 p.m.

This continuance is requested because Mr. Luna-Sanchez's appeal of the INS decision denying his application for citizenship has not been resolved as yet and more time is needed to receive those results before proceeding.

The period from November 23, 2005 through February 23, 2006 should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and

1 | Local Code T4 based upon continuity of counsel and defense preparation.
2 | Dated: November 22, 2005

Respectfully submitted,

QUIN DENVIR
Federal Defender

/s/ Mary M. French

_____
MARY M. FRENCH
Assistant Federal Defender
Attorney for Defendant
JORGE LUNA-SANCHEZ

Dated: November 22, 2005          MCGREGOR W. SCOTT
                                  United States Attorney


                                  /s/ Mary M. French for

                                  _____
                                  MICHAEL BECKWITH
                                  Assistant U.S. Attorney
                                  per telephonic authorization


**ORDER**

**IT IS SO ORDERED.**

Dated: November 22, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation & Order/Luna-Sanchez          2