1  DANIEL J. BRODERICK, Bar #89424
   Acting Federal Defender
2  MARY M. FRENCH, Bar #126643
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorney for Defendant
   JORGE LUNA-SANCHEZ
7

8

9                  IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 UNITED STATES OF AMERICA,       )  No. CR-S-04-405 WBS
                                   )
13              Plaintiff,         )  STIPULATION AND [PROPOSED] ORDER
                                   )  CONTINUING STATUS CONFERENCE
14     v.                          )
                                   )
15 JORGE LUNA-SANCHEZ,             )  Date:  March 23, 2006
                                   )  Time:  2:00 p.m.
16              Defendant.         )  Judge: William B. Shubb
   _____ )
17

18     It is hereby stipulated between the parties, Mary M. French,
19 Attorney for the defendant, and Michael Beckwith, Assistant United
20 States Attorney, attorney for the Plaintiff, that the status conference
21 of February 23, 2006 be vacated and a new status conference be set for
22 March 23, 2006 at 2:00 p.m.
23     This continuance is requested because Mr. Luna-Sanchez has been
24 hospitalized at Mercy San Juan Medical Center in Sacramento since
25 January 7, 2006 as a result of a gunshot wound to his head.  He is in a
26 chronic vegetative state with partial paralysis and has a tracheostomy
27 and feeding tube in place.  Undersigned counsel has confirmed this
28 information through hospital records.

1     The period from February 23, 2005 through March 23, 2006 should be
2 excluded pursuant to 18 U.S.C. §3161(h)(4) and Local Code N for period
3 of mental or physical incompetence of defendant to stand trial.
4 Dated: February 23, 2006

5                                          Respectfully submitted,

6                                          DANIEL J. BRODERICK
                                           Acting Federal Defender
7
                                           /s/ Mary M. French
8                                          _____
                                           MARY M. FRENCH
9                                          Assistant Federal Defender
                                           Attorney for Defendant
10                                         JORGE LUNA-SANCHEZ

11

12 Dated: February 23, 2006               MCGREGOR W. SCOTT
                                           United States Attorney
13

14                                         /s/ Mary M. French for

15                                         _____
                                           MICHAEL BECKWITH
                                           Assistant U.S. Attorney
16                                         per telephonic authorization

17

18                                     **ORDER**

19 **IT IS SO ORDERED.**

20 Dated: February 24, 2006

21
22                                         _____
                                           WILLIAM B. SHUBB
23                                         UNITED STATES DISTRICT JUDGE

24
25
26
27
28

Stipulation & Order/Luna-Sanchez         2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation & Order/Luna-Sanchez            3