DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JORGE LUNA-SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-04-405 WBS |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING |
| ) | STATUS CONFERENCE |
| v. ) | |
| ) | |
| JORGE LUNA-SANCHEZ, ) | Date:  September 6, 2006 |
| ) | Time:  9:00 a.m. |
| Defendant. ) | Judge: William B. Shubb |
| _____ ) | |

   It is hereby stipulated between the parties, Mary M. French, attorney for the defendant, and Michael Beckwith, Assistant United States Attorney, attorney for the plaintiff, that the status conference of August 23, 2006 be vacated and a new status conference be set for September 6, 2006 at 9:00 a.m.

   In January 7, 2006, defendant suffered a gunshot wound to his head.  Although he was discharged from Mercy San Juan Medical Center to home care, he continues to suffer the after-affects of the gunshot wound, and requires constant supervision.  Undersigned counsel has obtained a release from the family allowing plaintiff to speak with defendant's physician as to his medical condition and prognosis.

However, plaintiff has not yet had the opportunity to do so.  An extension of two weeks would allow plaintiff the opportunity to speak with defendant's physician in order to decide how to proceed with this case.

The period from August 23, 2006 through September 6, 2006 should be excluded pursuant to 18 U.S.C. §3161(h)(4) and Local Code N for period of mental or physical incompetence of defendant to stand trial.

Dated: August 22, 2006

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Mary M. French
_____
MARY M. FRENCH
Supervising Assistant
Federal Defender
Attorney for Defendant
JORGE LUNA-SANCHEZ

Dated: August 22, 2006            MCGREGOR W. SCOTT
                                  United States Attorney

/s/ Mary M. French for
_____
MICHAEL BECKWITH
Assistant U.S. Attorney
per telephonic authorization

**ORDER**

**IT IS SO ORDERED.**

Dated:  August 23, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE