```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MARY M. FRENCH, Bar #126643
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    JORGE LUNA-SANCHEZ
 7

 8

 9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,    ) No. CR-S-04-405 WBS
                                 )
13            Plaintiff,         ) STIPULATION AND ORDER CONTINUING
                                 ) STATUS CONFERENCE
14       v.                      )
                                 )
15  JORGE LUNA-SANCHEZ,          ) Date:  September 20, 2006
                                 ) Time:  9:00 a.m.
16            Defendant.         ) Judge: William B. Shubb
    _____)
17
```

It is hereby stipulated between the parties, Mary M. French, attorney for the defendant, and Michael Beckwith, Assistant United States Attorney, attorney for the plaintiff, that the status conference of September 6, 2006 be vacated and a new status conference date of September 20, 2006 at 9:00 a.m. be set.

In January 7, 2006, defendant suffered a gunshot wound to his head. Although he was discharged from Mercy San Juan Medical Center to home care, he continues to suffer the after-affects of the gunshot wound, and requires constant supervision. Undersigned counsel has obtained a release from the family allowing plaintiff to speak with defendant's physician as to his medical condition and prognosis. Based

1  upon the information obtained from defendant's physician, plaintiff
2  intends to move for dismissal of defendant as soon as practicable.  An
3  extension of two weeks will allow plaintiff the opportunity to file the
4  motion for dismissal.
5     It is hereby further stipulated between the parties that the
6  period from September 6, 2006 through September 20, 2006 should be
7  excluded pursuant to 18 U.S.C. §3161(h)(4) and Local Code N for period
8  of mental or physical incompetence of defendant to stand trial.
9  Dated: September 5, 2006

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Mary M. French
_____
MARY M. FRENCH
Supervising Assistant
Federal Defender
Attorney for Defendant
JORGE LUNA-SANCHEZ

Dated: September 5, 2006        MCGREGOR W. SCOTT
                                United States Attorney

                                /s/ Mary M. French for
                                _____
                                MICHAEL BECKWITH
                                Assistant U.S. Attorney
                                per telephonic authorization

**ORDER**

**IT IS SO ORDERED.**

Dated:  September 5, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation & Order/Luna-Sanchez        2