```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  MICHAEL M. BECKWITH
    Assistant U.S. Attorney
 3  501 I St., Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2729
 5
 6
 7                IN THE UNITED STATES DISTRICT COURT
 8              FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,      )   CR. No. S-04-405 WBS
                                   )
11            Plaintiff,           )
                                   )   MOTION TO DISMISS INDICTMENT
12       v.                        )   AND PROPOSED ORDER
                                   )
13  JORGE LUNA SANCHEZ,            )
                                   )
14            Defendant.           )
    _____)
15
16       Pursuant to Rule 48 of the Federal Rules of Criminal
17  Procedure, Plaintiff, United States of America, by and through its
18  undersigned attorney, moves this Honorable Court for an order
19  dismissing the indictment in Case No. S-04-0405 WBS, filed on
20  October 21, 2004.
21       This motion is based on the government's belief that the
22  defendant is not mentally competent to respond to the charges
23  against him.  While addressing a citizenship claim on pre-trail
24  release, the defendant was shot in the head.  His physician has
25  indicated that his injuries have left him in need of constant care
26  and supervision.  He has a significantly diminished mental
27  capacity and will require detailed assistance with most of his
28  daily living tasks, e.g., bills, meal preparation, medication, and
```

1 | bathing.  Mr. Sanchez has decreased problem solving abilities,
2 | poor cognitive processing of information at the word and phrase
3 | level, and needs contextual cues to follow basic commands.  About
4 | 80% of the time, Mr. Sanchez substitutes sounds or incorrect words
5 | for intended words.  He has almost no short-term memory and
6 | decreased long-term memory.
7 |     The defendant's physician has indicated that he is no longer
8 | able to understand something as complicated as a court proceeding.
9 | For this reason, the government asks the Court to dismiss the
10 | pending indictment in this case.
11 |
12 | DATE: July 1, 2005                    McGREGOR W. SCOTT
                                           United States Attorney
13 |
14 |                                       By /s/ Michael M. Beckwith
                                              MICHAEL M. BECKWITH
15 |                                           Assistant U.S. Attorney
16 |
17 |
18 |                               O R D E R
19 |
     APPROVED AND SO ORDERED:
20 |
21 | DATED:  September 19, 2006
22 |
23 | _____
     WILLIAM B. SHUBB
24 | UNITED STATES DISTRICT JUDGE
25 |
26 |                                  2
27 |
28 |